UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 2:18-cr-00013-JDL-1 |
| | ) |
| ABIJAH WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Defendant Abijah Williams, who is proceeding pro se and is currently in federal prison, filed a Motion for Compassionate Release on July 26, 2021 (ECF No. 180). United States Magistrate Judge John C. Nivison filed his Recommended Decision on the motion with the Court on August 31, 2021 (ECF No. 184) pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2021) and Fed. R. Civ. P. 72(b).  The time within which to file objections has expired, and no objections have been filed.  The Magistrate Judge provided notice that a party's failure to object would waive the right to de novo review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge.  I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

1

It is therefore **ORDERED** that the Recommended Decision (ECF No. 184) of the Magistrate Judge is hereby **ACCEPTED**.  Abijah Williams's Motion for Compassionate Release (ECF No. 180) is **DENIED**.

**SO ORDERED.**

**Dated this 21st day of October, 2021.**

                                                /s/ Jon D. Levy
                                    **CHIEF U.S. DISTRICT JUDGE**