UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| v. ) | |
| ) | 2:18-cr-00013-JDL-1 |
| **ABIJAH WILLIAMS,** ) | |
| ) | |
| Defendant. ) | |

ORDER ACCEPTING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE

Abijah Williams, proceeding *pro se*, moves under 28 U.S.C.A. § 2255 (West 2024) to vacate, set aside, or correct his sentence (ECF No. 207). United States Magistrate Judge John C. Nivison filed his Report and Recommended Decision on Williams's motion on January 25, 2024 (ECF No. 216), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2024) and Rule 8(b) of the Rules Governing Section 2255 Proceedings. Williams filed an objection to the Recommended Decision on February 8, 2024 (ECF No. 217), without response from the Government.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and I conclude that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 216) is hereby **ACCEPTED**, and that Williams's 28 U.S.C.A. § 2255 motion (ECF No. 207) is **DENIED**. It is further **ORDERED** that no certificate of

appealability should issue in the event Williams files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2) (West 2024).

**SO ORDERED.**

**Dated this 1st day of May, 2024.**

                                                **/s/ JON D. LEVY**
                                            **U.S. DISTRICT JUDGE**